Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff, and all others similarly situated.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FANDUEL INC., <br><br> Defendant. | Case No. 2:24-cv-11160-JAK-MAA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the putative class. Defendant has not filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED this 4th day of March, 2025.

///

///

Notice of Dismissal - 1

By: /s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 5, 2025, I served a true copy of the Notice of Voluntary Dismissal on all counsel of record via the ECF Filing System:

Executed on March 5, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:  /s/ Todd M. Friedman
     Todd M. Friedman, Esq.
     Attorney for Plaintiffs